NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**28543**
**23-NOV-2010**
**08:42 AM**

NO. 28543

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MARK W.S. YOUNG, Plaintiff-Appellant,
vs.
GEORGE W. VAN BUREN, ROBERT G. CAMPBELL,
and CHERYL R.L. KASTER, Defendants-Appellees,
and
JOHN DOE #1, and JOHN DOE #2, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CV. NO. 06-1-0405)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on October 29, 2010, is hereby corrected as follows:

1. On page 3, in the fifth line of Section I.B., the word "various" should be inserted between "on" and "grounds" and a comma should be inserted after the word "grounds" so that as corrected, the text reads: ". . . on various grounds, including . . . ."

2. On page 8, the following corrections should be made:

a. In the seventh line, the word "Rule" should be inserted between "HRPC" and "1.14" so that as corrected, the text reads: ". . . under HRPC Rule 1.14."

---

[1] Nakamura, Chief Judge, Foley, and Fujise, JJ.

b.     In the eighth line, brackets should be placed around the letters "es" in the word "does" so that as corrected, the text reads:   ". . . Professional Responsibility do[es] not alone give rise to . . . ."

3.     On page 10, in the twelfth line, the word "owned" should be changed to "owed" so that as corrected, the text reads: ". . . whether Van Buren owed any duty to Mark, . . ."

4.     On page 11, the following corrections should be made:

a.     In the second line, the text " (emphasis added)" should be inserted before the semicolon so that as corrected, the text reads: ". . . *raise an issue of material fact*") (emphasis added); Employers Teamsters . . . ."

b.     In the seventh line, a period should be inserted between the close parenthesis and the marking for footnote 6 so that as corrected, the text reads: ". . . actually exists").6/"

c.     In the second line of Section II.E.2., the word "a" should be replaced with "an" and the word "motion" should be replaced with "continuance" so that as corrected, the text reads: "Mark sought an HRCP Rule 56(f) continuance to secure . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, November 23, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2